UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCLAUGHLIN, </br></br> Plaintiff, </br></br> LENOVO GLOBAL TECHNOLOGY (UNITED STATES) INC. </br></br> Defendant | CASE NO. 1:20-CV-11770-PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel McLaughlin and defendant Lenovo Global Technology (United States) Inc. jointly stipulate and agree that all claims in the above-referenced action be dismissed with prejudice and without costs pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

| Plaintiff, | Defendant, |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Thomas W Evans | /s/ Alison H. Silveira |
| Thomas W. Evans (BBO# 552820) </br> evans@confortolaw.com </br> Conforto Law Group, P.C. </br> 20 Park Plaza, Suite 1115 </br> Boston, MA 02116 </br> Tel: (617) 721-9139 | Kristin McGurn (BBO #559687) </br> kmcgurn@seyfarth.com </br> Alison Silveira (BBO# 666814) </br> asilveira@seyfarth.com </br> Seyfarth Shaw LLP </br> Two Seaport Lane, Suite 1200 </br> Boston, MA 02210 </br> Tel: (617) 946-4800 |

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 22, 2023, a true copy of the foregoing was filed through the ECF system and will be sent electronically to all registered participants therein, which includes all counsel of record and parties to this matter.

                                                     */s/Alison H. Silveira*
                                                     Alison H. Silveira